UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLOBAL BROTHER SRL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-25-335-R |
| | ) |
| MESSIAH JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Global Brother SRL's Motion for Alternative Service and for Leave to Conduct Limited Discovery [Doc. No. 7]. The Motion arises due to Plaintiff's inability to locate Defendant Messiah Johnson through any of his listed means of communication (physical address, email address, and phone number). Plaintiff requests leave to serve Defendant Johnson via email, or in the alternative, to conduct limited discovery to locate Defendant Johnson.

The Court finds service by email inappropriate at this time because there is no indication that Defendant Johnson's purported email address is active or that he received prior attempts at communication sufficient to ensure notice. The Court does not foreclose the possibility of service via email being proper should Plaintiff provide additional information supporting email being a reliable means of providing notice in this case.

Given Plaintiff's inability to locate Defendant Johnson despite due diligence and reasonable efforts, the Court—exercising its discretion under Rule 26(d) of the Federal Rules of Civil Procedure—finds good cause to grant Plaintiff's Motion for Limited

1

Discovery for the purposes of locating Defendant Johnson. *See Wright v. Doe*, No. 22-CV-300-JFH-JFJ, 2022 WL 2764901, at *5-6 (N.D. Okla. July 15, 2022).

Accordingly, Plaintiff's Motion is GRANTED in part and DENIED in part. Plaintiff is permitted to serve a subpoena on SHOPIFY, Inc. as described in Plaintiff's Motion.

IT IS SO ORDERED this 13th day of June, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE